**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION**

**CRIMINAL NO.  3:01CR11**


| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| | ) | |
| **VS.** | ) | **O R D E R** |
| | ) | |
| | ) | |
| **PHILLIP MARK VAUGHAN** | ) | |
| **TERRY W. STEWART** | ) | |
| **PHILIP B. GREER** | ) | |
| **HOWARD T. PRINCE, and** | ) | |
| **TIMOTHY B. BURNHAM** | ) | |
| | ) | |


**THIS MATTER** is before the Court on the Recommendation of the Special Master for final distribution of proceeds to the victims of the Defendants, filed June 19, 2008.  No objections to the recommendation have been received from the Government or any Defendant.

The Court finds the Recommendation to be thorough and appropriate and hereby adopts same.

**IT IS, THEREFORE, ORDERED** that the Special Master's Recommendation for the final distribution of proceeds to the victims of the Defendants is hereby adopted by the Court.

**IT IS FURTHER ORDERED** that, pursuant to the Recommendation, the Special Master is directed to process and mail the *pro rata* payments for the amounts set forth in the last column of Exhibit A, filed under seal with the Court, within 20 days of service of this Order.

**IT IS FURTHER ORDERED** that the letter attached as Exhibit B to the Recommendation is hereby approved by the Court and the Special Master is directed to forward a copy of such letter with each *pro rata* payment made herein.

**IT IS FURTHER ORDERED** that the Special Master file a distribution report within 90 days from service of this Order containing confirmation of the distribution of the *pro rata* checks and any additional issues for resolution before the Court.

Signed: July 9, 2008

Lacy H. Thornburg
United States District Judge